**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-------

**No. 97-7476**

-------

RICHARD LEE MULLEN, #143838,

Plaintiff - Appellant,

versus

GEORGE P. DODSON, Warden, Coffeewood Correc-
tional Center; ALBERT CRAMER, Physician,
Coffeewood Correctional Center; VIRGINIA
SMITH, Nurse, Coffeewood Correctional Center,

Defendants - Appellees.

-------

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-97-566-R)

-------

Submitted: February 26, 1998        Decided: March 19, 1998

-------

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

-------

Affirmed by unpublished per curiam opinion.

-------

Richard Lee Mullen, Appellant Pro Se.

-------

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Mullen v. Dodson</u>, No. CA-97-566-R (W.D. Va. Oct. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2